# Court of Appeals
# of the State of Georgia

ATLANTA,  December 02, 2021

*The Court of Appeals hereby passes the following order:*

## A22A0603. RICARDO BELTRAN-GONZALES v. THE STATE.

Ricardo Beltran-Gonzales was convicted of malice murder and other crimes and was sentenced to life imprisonment. After the trial court granted his motion for an out-of-time appeal, Beltran-Gonzales appealed to this Court. He later filed a motion to transfer the appeal to the Supreme Court.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring, joined by all Justices); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer to the Supreme Court "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (c) (i) (824 SE2d 265) (2019).

Accordingly, Beltran-Gonzales's motion to transfer is GRANTED, and this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* _12/02/2021_

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, Clerk._